IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PEGGY STALLINGS                                                                                    PLAINTIFF

v.                                  CASE NO. 4:20-CV-01166-BSM

CITY OF RISON                                                                                      DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE